

Exhibit A

To Whom It May Concern;

I am contacting you regarding S███ N███. He is a 15-year-old boy who is diagnosed with a history of spastic quadriplegia, Cerebral Palsy, neuromuscular scoliosis, and hip dysplasia. S███ would benefit from a pool for aquatic therapy. The plan for a pool and the need for aquatic therapy was recently discussed to help S███ with his many needs. Aquatic exercises can help with weight bearing, balance training, flexibility, as well as strengthening the core back muscles and improving gait.

S███ is non-weight bearing and requires all of his daily living tasks taken care of for him. Due to S███'s cerebral palsy, it is very important to allow him to move his muscles as much as possible. Having a pool in his back yard would allow him to be able to move his muscles independently, which is not a normal thing he is able to do. Aquatic therapy helps reduce pain and tension in muscles and joints. One of the issues that occurs due to S███'s conditions is that because his muscles are not able to be moved often, they get tight, and this can cause pain for him. Aquatic therapy would help relieve this pain and tension by allowing him to move in the water.

S███ is not able to gain muscles like other people. One way that has been proven to help with muscle gain for children with neuromuscular diagnoses is being in a pool. A pool takes the weight off the joints which would allow him to be able to move freely. Gaining muscle is an important key to having S███ be as healthy as possible. S███ currently receives Botox injections for his muscles. The hope for this pool is that if he can receive frequent aquatic therapy the need for Botox injections would be reduced. The pool is a less invasive and natural way to help S███.

Another advantage of having a pool to be utilized for therapy is that aquatic therapy improves children's cardiovascular conditions. When someone is submerged in water their hearts pump more blood per beats. As with anyone but especially children like S███, exercise is important. Unfortunately, S███ is not able to get exercise in ways that others can. He would be however able to utilize the pool as his exercise to help with this.

One of the most important things that aquatic therapy has shown to do is ease discomfort. S███ is not able to do a lot of things on his own or even tell others what his pains directly are. If S███ has a pool at home, he would be able to float and relieve his overall burden to reduce his discomfort.

The pool will need to be half sunken to make it safer for S███ to be able to get into the pool. He is now 77 pounds and 4 feet 9 inches, and he requires all his care to be done by parents, nurses, and caregivers. With the pool half sunken it will provide the best option for him to get him in and out of the pool. S███ requires a two-person transfer with the pool half sunken it will be a lateral transfer which reduces the risk of strain on staff, parents, caregivers, and give S███ a sense of comfort.

  

Partners for Children
t: (734) 763-9418    f: (734) 232-1872

# PARTNERS for CHILDREN

A pool for S▇▇▇ is important to help create a safe space for him to be able to receive the benefits that come with being in the water for a child with many complex diagnoses. A pool would be utilized for S▇▇▇ for exercise and overall health. A prescription for a pool was given by his Physical Medicine and Rehab doctor.

If you need any further information or have questions, please contact Partners for Children at 734-763-9418.

Thank you,

*Colleen Dolan, NP* (signature)

Colleen Dolan, Nurse Practitioner

Partners for Children

*Elizabeth Estrada* (signature)

Elizabeth Estrada, Social Worker

Partners for Children

*Ishani Sandesara MD* (signature)

Ishani Sandesara, Medical Director

Partners for Children



Partners for Children
t: (734) 763-9418   f: (734) 232-1872