UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Latrice Nelson et al

        Plaintiff(s),

v.

Riverview Estates Homeowners Association et al

        Defendant(s).
_____/

Case No. 2:24-cv-11809

Judge Matthew F. Leitman

Magistrate Judge Kimberly G. Altman

**NOTICE OF CORRECTION**

Docket entry number __2__, filed __7/15/2024__, has been modified. The explanation for the correction is stated below.

- ☐ The docket entry was made on the wrong case.
- ☑ The corresponding document image was missing or incomplete.
- ☐ The wrong document image was associated.
- ☐ The wrong judicial officer was listed on the case docket.
- ☐ The filer information was inaccurate or omitted from the docket text.
- ☐ The judicial officer information was inaccurate or omitted from the docket text.
- ☐ The docket text was changed *to include the Partial Payment Order.*
- ☐ Other:

If you need further clarification or assistance, please contact __The Clerk's Office__ at __(313) 234-5000__.

KINIKIA D. ESSIX, CLERK OF COURT

Dated: July 16, 2024

s/ JParker
Deputy Clerk