AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:24-cv-11809
Hon. Matthew F. Leitman

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Riverview Estates Homeowners Association was received by me on *(date)* 7/25/24 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* philip J. Breininger, who is designated by law to accept service of process on behalf of *(name of organization)* Riverview Estates Homeowners Association on *(date)* 7/25/24 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 7/25/24

*Server's signature*

Mason Jenkins - Process Server
*Printed name and title*

34830 Utica Rd Fraser, MI 48026
*Server's address*

Additional information regarding attempted service, etc: