AO 440 (Rev. 06/12) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 2:24-cv-11809
Hon. Matthew F. Leitman

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Andrew J. Chmiel
was received by me on *(date)* 7-15-24 .

☒ I personally served the summons on the individual at *(place)* 4957 Maceri Circle, Sterling Heights, MI 48314
on *(date)* 7-17-24 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 7-18-24

_____
Server's signature

DAVID MUYLAERT - PROCESS SERVER
Printed name and title

34830 UTICA RD., FRASER MI 48026
Server's address

Additional information regarding attempted service, etc: