UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LATRICE NELSON, Individually and as
Next Friend for S.N., Her Minor Child,

    Plaintiff,

v.

RIVERVIEW ESTATES
HOMEOWNERS ASSOCIATION,
a Michigan nonprofit corporation,
PHILIP J. BREININGER,
and ANDREW J. CHMIEL,

    Defendants.
_____/

Case No. 2:24-cv-11809

Hon. Matthew F. Leitman

**JURY TRIAL
DEMANDED**

## VOLUNTARY DISMISSAL OF THIS ACTION

Plaintiff Latrice Nelson hereby seeks dismissal of this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and in accordance with the terms of the settlement agreement she has entered into with Defendants Riverview Estates Homeowners Association, Philip J. Breininger, and Andrew J. Chmiel to resolve the allegations raised in this case. Consistent with the terms of that settlement agreement, Plaintiff seeks dismissal of this action as to Defendants Riverview Estates Homeowners Association, Philip J. Breininger, and Andrew J. Chmiel, none of whom have yet served an answer or motion for summary judgment.

1

    A proposed order accompanies this notice.

                                              Respectfully,

Dated: September 6, 2024        /s/ Mira Edmonds
                                              Mira Edmonds (P86182)
                                              PEDIATRIC ADVOCACY CLINIC
                                              University of Michigan Law School
                                              701 S. State Street
                                              Ann Arbor, MI 48109
                                              (734) 647-1964
                                              edmondm@umich.edu

                                              Counsel for Plaintiff